**FILED**

**MAR 13 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANDALAY PROPERTIES HAWAII LLC, a Hawaii Limited Liability Company,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF KAUAI,<br><br>  Defendant - Appellee. | No. 05-15383<br><br>D.C. No. CV-04-00446-SOM/LEK<br>District of Hawaii, Honolulu<br><br>ORDER |

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 16 2007
DISTRICT OF HAWAII

The court will initiate a status conference by telephone on March 13, 2007, at 3:00 p.m. **PACIFIC (San Francisco) Time**.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2005\05-15383\07-03-09-status^conf.wpd