**FILED**

UNITED STATES COURT OF APPEALS

MAR 19 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| MANDALAY PROPERTIES HAWAII LLC, a Hawaii Limited Liability Company, | No. 05-15383 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-04-00446-SOM/LEK District of Hawaii, Honolulu |
| v. | |
| COUNTY OF KAUAI, | ORDER |
| Defendant - Appellee. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 21 2007
DISTRICT OF HAWAII

The court will initiate a further status conference by telephone on April 3, 2007, at 3:00 p.m. **PACIFIC (San Francisco) Time**.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2005\05-15383\07-03-15-stat^conf.wpd