UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
APR 11 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANDALAY PROPERTIES HAWAII LLC, a Hawaii Limited Liability Company,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF KAUAI,<br><br>   Defendant - Appellee. | No. 05-15383<br><br>D.C. No. CV-04-00446-SOM/LEK<br>District of Hawaii, Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 16 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

The assessment conference previously scheduled for June 1, 2007, is canceled.

The court is in receipt of appellant's correspondence dated April 4, 2007, requesting voluntary dismissal of this appeal. The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 11 2007

by _____
Deputy Clerk

FOR THE COURT

_____
David E. Lombardi, Jr.
Chief Circuit Mediator

```
INTERNAL USE ONLY: Proceedings include all events.
05-15383 Mandalay Properties v. County of Kauai

MANDALAY PROPERTIES HAWAII LLC,    Paul Alston
a Hawaii Limited Liability         808/524-1212
Company                            [COR LD NTC ret]
     Plaintiff - Appellant         ALSTON HUNT FLOYD & ING
                                   1001 Bishop Street
                                   1800 Pacific Tower
                                   Honolulu, HI 96813

  v.

COUNTY OF KAUAI                    Lani H. Nakazawa, Esq.
     Defendant - Appellee          808/241-6315
                                   Suite 220
                                   [COR LD NTC ret]
                                   OFFICE OF THE COUNTY ATTORNEY
                                   4444 Rice Street
                                   Lihue, HI 96766
```